The STATE OF NEW YORK, by Attorney General Dennis C. VACCO, et al., Plaintiff,

v.

REEBOK INTERNATIONAL LTD., et al., Defendants.

No. 95 Civ. 3143 (JGK).

United States District Court, S.D. New York.

Oct. 20, 1995.

---

Pamela Jones Harbour, Joseph Opper, Linda J. Gargiulo, Assistant Attorneys General, New York City, for State of New York and local counsel for plaintiff states.

David A. Martland, Hutchins, Wheeler & Dittmar, Boston, MA, for Reebok International Ltd. et al.

## OPINION AND ORDER

KOELTL, District Judge.

Fifty States, the District of Columbia, the Commonwealth of Puerto Rico, and The Virgin Islands (the "States") have brought this action on their own behalf and as *parens patriae* on behalf of their residents to obtain

monetary and equitable relief under federal and state antitrust laws. The defendants in this action are Reebok International LTD. ("Reebok"), a Massachusetts corporation, and its wholly-owned subsidiary, The Rockport Company ("Rockport"). These companies manufacture and distribute Reebok and Rockport brand footwear to dealers located throughout the United States, Puerto Rico, and the Virgin Islands.

The States have entered into a settlement with the defendants pursuant to a Settlement Agreement which is subject to court approval under 15 U.S.C. § 15c(c). The Court preliminarily approved the Settlement on June 5, 1995.

■ Following preliminary approval, notice of the Settlement was given to affected consumers by nationwide publication during the period from July 9–14, 1995. Consumers were advised of the existence and terms of the proposed Settlement and were given the opportunity to request further detailed information relating to the terms and disposition of the Settlement. Affected consumers were apprised of their right to either exclude their claims ("opt out" provision) or to object to the terms of the Settlement by September 8, 1995.[1] Presently before the Court is the joint motion of all parties for final approval of the Settlement.

The States' Complaint alleges that the Reebok and Rockport companies participated in a conspiracy to fix, raise, maintain, or stabilize the retail prices at which certain Reebok and Rockport brand products were sold to the public.

The Complaint alleges that beginning in 1990, the defendants solicited agreements with dealers to set the minimum sale price for certain Reebok and Rockport products. In alleged furtherance of that conspiracy, defendant Reebok implemented its "Centennial Pricing Policy" in January 1993, which set forth minimum retail prices on certain of its Reebok brand footwear, including the highly promoted "Prestige" products. In July 1993, defendant Rockport instituted a similar pricing policy, entitled the "Marathon Program," which set forth minimum retail prices for certain Rockport brand footwear models. The Complaint further alleges that to effectuate these pricing policies, the defendants met with certain of their large retail accounts to discuss the terms and conditions of the policies and solicited and obtained agreements from these dealers not to advertise or sell below the minimum retail prices set forth in those policies. The Complaint alleges that Reebok and Rockport sales representatives monitored the retail prices at which Reebok and Rockport dealers advertised and sold certain products. When Reebok and Rockport representatives discovered that certain dealers were selling certain products at prices lower than the minimum retail prices set by the policies, these sales representatives solicited and obtained agreements from dealers to raise the selling prices to conform to the minimum prices Reebok and Rockport established.

The States assert that as a result of the resale price maintenance conspiracy, the purchase prices of certain Reebok and Rockport footwear products were fixed, raised, maintained, or stabilized at artificial, noncompetitive levels and that price competition among authorized dealers for the sale of Reebok and Rockport products to the public was thereby

---

1. In this case, the Court approved publication notice to the class, as the *parens patriae* statute permits. *See* 15 U.S.C. § 15c(b)(1) (providing that notice by publication is appropriate in *parens patriae* actions); *see also State of New York and Maryland et al. v. Nintendo of America, Inc.*, No. 91–2498, 1991 WL 148830, at *3–*4 (S.D.N.Y. July 31, 1991) and cases cited therein. This was plainly the best notice practicable under the circumstances given the enormous number of potential class numbers who had purchased products, the lack of warranty cards to identify customers, and the high costs of individual notice. Even the costs of newspaper notice were very high. Notice by publication com-

menced on July 9, 1995. The published notice was reasonable notice to the class consistent with due process. Notice of the Settlement Agreement was published in newspapers circulated in each Plaintiff State. The size of the newspaper notices was 3 columns by 8 inches of display advertising, appearing once in the Sunday edition of each newspaper agreed upon by the parties, or if there was no Sunday edition, once during the week of July 9, 1995. Notices appeared in a total of 808 newspapers at a total cost of $875,571.35. The notices instructed consumers that they could write to the Settlement Trustee for more information regarding the terms of the Settlement.

restrained. The States maintain that as a result of this conspiracy, purchasers of certain Reebok and Rockport products paid more for these products than they would have paid in a competitive market.

The plaintiffs have submitted the affidavit of Dr. Gary J. Dorman, an expert economist, in support of the Settlement. Dr. Dorman estimates that approximately 1,343,978 pairs of Reebok shoes were most affected by the Centennial Policy during the Reebok class damage period, January 1, 1993 thorough December 31, 1993, resulting in an average overcharge of $3.89 per pair, for a total of $5.2 million. (Dorman Aff. ¶¶ 15–17.) The Marathon policy during the Rockport class damage period of July 1, 1993 through December 31, 1993 most affected approximately 321,800 pairs of Rockport shoes at an average overcharge of $3.77 per pair for damages of $1,213,186. (*Id.* at ¶ 19.) The total damages asserted in the evidence by the plaintiffs is $6.44 million. (*Id.* at ¶ 21.)

The defendants vigorously contest liability and assert that if this case went to trial, the plaintiffs would be unable to establish violations of the antitrust laws. Moreover, the defendants contend that the plaintiffs would be unable to establish that the policies in question had an actual market impact. The defendants point to factors such as the fact that when the disputed Reebok policies went into effect the average price for Reebok products covered by the disputed policy fell while the prices of certain non-Reebok products rose. While the same data is not available for Rockport, the defendants' expert economist Dr. Jerry A. Hausman concluded in his affidavit that "any impact resulting from the Rockport pricing policy was also likely to be negligible." (Hausman Aff. at ¶ 8.)

The Settlement Agreement requires the defendants to pay the plaintiffs $9.5 million, of which $8 million will be used for distribution in lieu of direct consumer restitution and $1.5 million will be used to cover costs of administration and attorneys' fees, including the cost of the published notice to the class of the proposed settlement.

The Settlement Agreement requires Reebok to pay $8 million into a Settlement Account which will be used to fund a distribution in lieu of consumer restitution. The States participate in the Settlement Account on a pro rata basis based on the percentage of the United States population located in each State. Each State may elect to receive its pro rata share of this sum as a monetary payment or in Reebok products. Arizona and Puerto Rico have elected to receive their share of the Settlement distribution in Reebok products and, according to the Settlement Agreement, will receive products with a suggested retail price twice the amount they would have received in a monetary distribution. The remaining States will receive a monetary distribution for public and non-profit and/or charitable organizations with express conditions ensuring that the funds will be used for various athletic facilities, equipment, or services.

In connection with the approval of the Settlement, each of the States has submitted to the Court a detailed plan for distribution of its share of the Settlement fund. For example, the $560,857.00 that the State of New York will receive will be divided among 58 separate organizations including the Association for Children with Down Syndrome, the New York State Special Olympics, and numerous Boys and Girls Clubs and Police Athletic Leagues throughout the State. The organizations must in turn submit quarterly reports outlining how the funds have been spent in accordance with the limitations on use in the Settlement Agreement.

The State of California, for another example, proposes distributing approximately $360,000 to refurbish or renovate fields, basketball courts, tracks, and tennis courts operated by various public and non-profit, charitable entities, including municipal tennis courts; $100,000 to be used by the Governor's Council on Physical Fitness, a nonprofit, voluntary agency organized under state law that is responsible for administering sports programs for high schools throughout California; and approximately $440,000 to be used by the California Interscholastic Federation ("CIF"), a non-profit voluntary agency organized under state law that administers sports programs throughout the state. In compliance with the terms of

the Settlement Agreement and subject to approval of the California Attorney General, CIF would distribute the funds to schools, city parks and recreation departments, and other community youth groups.

The Settlement also provides for substantial equitable relief. Reebok agrees to an injunction providing that for five years it will not violate specified provisions of the antitrust laws and it will notify its dealers that they are free to advertise and price Reebok products independently at whatever level they choose.

■ 15 U.S.C. § 15c(c) requires court approval of the settlement of a *parens patriae* antitrust suit, but it does not specify the standards required for approval. Courts generally look to the standards used in approving class action settlements under Rule 23(e) of the Federal Rules of Civil Procedure. A settlement will be approved it if is fair, reasonable, and adequate. *See State of New York ex rel. Koppell v. Keds Corp.*, No. 93–6708, 1994 WL 97201 (S.D.N.Y. Mar. 21, 1994) (standards for approving *parens patriae* antitrust settlements); *States of New York and Maryland, et al. v. Nintendo of America, Inc.*, 775 F.Supp. 676, 680 (S.D.N.Y.1991) (same); *In re Panasonic Consumer Electronics Antitrust Litig.*, No. 89–0368, 1989 WL 63240, at *2 (S.D.N.Y. June 5, 1989) (same); *Maywalt v. Parker & Parsley Petroleum Co.*, 67 F.3d 1072, (2d Cir.1995) (standards for approving class action settlements); *Weinberger v. Kendrick*, 698 F.2d 61, 73 (2d Cir.1982), *cert. denied sub nom. Lewy v. Weinberger*, 464 U.S. 818, 104 S.Ct. 77, 78 L.Ed.2d 89 (1983) (same).

■ In assessing the fairness of a settlement, courts consider whether the settlement was the result of good-faith bargaining at arms-length by experienced counsel, and whether there is any evidence of collusion. *See Maywalt v. Parker & Parsley Petroleum Co.*, 864 F.Supp. 1422 at 1427, (S.D.N.Y.1994) *aff'd*, 67 F.3d 1072, (2d Cir.1995); *Keds*, 1994 WL 97201, at *2; *In re Panasonic*, 1989 WL 63240, at *2; *Nintendo*, 775 F.Supp. at 680–81; *City of Detroit v. Grinnell Corp.*, 495 F.2d 448, 463–66 (2d Cir.1974).

Here, both the States and the defendants are represented by vigorous, competent, and experienced counsel. While the parties have settled this lawsuit at the outset, this settlement was the result of a thorough investigation. The States advised the Court in their papers and at oral argument that the Settlement Agreement dated April 25, 1995 was reached only after an intense two-year investigation that began in February 1993. This investigation included reviewing documents produced pursuant to subpoenas to the defendants and dealers throughout the country, as well as interviews and statements under oath. There is in fact no hint of collusion in this case. In addition, all counsel believe that the Settlement is fair and reasonable. The Court finds that the Settlement Agreement was reached as a result of good faith, arms-length bargaining, without collusion. Such findings support a presumption that the settlement is fair. *See Weinberger*, 698 F.2d at 74 (lack of evidence of collusion, experience of counsel, and extensive discovery preceding settlement "are important indicia of the propriety of settlement negotiations"); *Maywalt*, 864 F.Supp. at 1427 (finding settlement is fair given experience of counsel, substantial discovery, and no evidence of bad faith); *Keds*, 1994 WL 97201, at *2 (upholding settlement given good-faith bargaining between experienced counsel and "intense and extended" negotiations); *Nintendo*, 775 F.Supp. at 680–81 (deeming settlement fair because it was reached "only after spirited arms-length negotiations by the parties"); *In re Panasonic*, 1989 WL 63240, at *2 (settlement agreements can be presumed fair if they are the result of good faith arms-length negotiations and the Court sees no indications of collusion).

■ To determine whether a settlement is reasonable and adequate, a court must consider the following factors:

(1) the relative strength of the plaintiffs' case on the merits; (2) the existence of any difficulties of proof or strong defenses the plaintiffs are likely to encounter if the case goes to trial; (3) the anticipated duration and expense of additional litigation; (4) the solvency of the defendants and the likeli-

hood of recovery on a litigated judgement; and (5) the degree of opposition to the settlement.

*Keds,* 1994 WL 97201, at *2; *Nintendo,* 775 F.Supp. at 681. As in *Keds,* each of these factors, with the exception of the fourth, argues strongly for approval of the settlement. *Id.*

If this case did not settle, it would drag on for years as the parties conducted discovery throughout the country. Attorneys' fees would escalate exponentially and could potentially reduce the amounts that the defendants would pay in settlement. The trial would be lengthy and complex because of the nationwide scope of the alleged activities.

While the plaintiffs assert they have a strong case, the defendants deny that the facts and the law would permit recovery. In particular, the defendants contend that there was no coercion in this case and that, in any event, the pricing policies at issue did not have an effect on prices. The defendants rely on the permissible scope of conduct under cases such as *United States v. Colgate & Co.,* 250 U.S. 300, 39 S.Ct. 465, 63 L.Ed. 992 (1919), and *Monsanto Co. v. Spray–Rite Serv. Corp.,* 465 U.S. 752, 104 S.Ct. 1464, 79 L.Ed.2d 775 (1984). "Under *Colgate,* the manufacturer can announce its resale prices in advance and refuse to deal with those who fail to comply. And a distributor is free to acquiesce in the manufacturer's demand in order to avoid termination." *Monsanto,* 465 U.S. at 761, 104 S.Ct. at 1469. The fact that the retailer conformed to the manufacturer's suggested price is not proof that the manufacturer unlawfully "agreed" with a retailer on the prices the retailer would charge. *See id.* at 764 n. 9, 104 S.Ct. at 1471 n. 9 ("The concept of a 'meeting of the minds' or 'a common scheme' in a distributor-termination case includes more than a showing that the distributor conformed to the suggested price."); *The Jeanery, Inc. v. James Jeans, Inc.,* 849 F.2d 1148, 1154 (9th Cir.1988); *Isaksen v. Vermont Castings, Inc.,* 825 F.2d 1158, 1164 (7th Cir.1987), *cert. denied,* 486 U.S. 1005, 108 S.Ct. 1728, 100 L.Ed.2d 193 (1988). As Judge Posner has explained:

> [T]he mere fact of adherence to suggested retail prices does not establish agreement to adhere to them. If adherence alone could prove an agreement to adhere, the *Colgate* privilege—which allows a supplier to "coerce" the dealers' adherence by threatening to cut him off if he doesn't adhere, and which was strongly reaffirmed in *Monsanto* ... would be nugatory.... If a manufacturer distributes a price list, together with an announcement that he will cut off dealers who sell below the list prices, and dealers adhere to those prices because they don't want to be cut off, there is a realistic sense in which the threat of termination has induced the dealers to agree not to cut prices—to agree, in other words, to fix prices. That is the argument against *Colgate. Monsanto* rejects it.

*Isaksen,* 825 F.2d at 1164.

The States' case, therefore, would necessarily be risky, and, in any event, would require lengthy and expensive discovery and trial. As Judge Haight explained in approving the settlement in the *Keds* case, in words which are equally applicable here:

> In the case at bar, [the defendant] has contended from its inception that its suggested retail pricing policy, with only the most limited exceptions, constituted unilateral and consequently lawful conduct under *Colgate* and its progeny. Plaintiffs would have to show otherwise. They would have to prove illicit agreements on a state-by-state and retailer-by-retailer basis. The hydra-headed litigation would be complex and costly and its outcome (or outcomes) by no means certain. There are also difficult questions in respect of the quantification of damages.

1994 WL 97201, at *3.

Balanced against these difficulties is the substantial amount of the Settlement here. Even subtracting the substantial costs of administration, the $8.0 million settlement fund is in excess of the actual damages estimates by the plaintiffs' expert economist.

Finally, as Judge Haight commented in *Keds,* the method of distribution in this case is "pragmatic and sensible in the circumstances." 1994 WL 97201, at *3; *see also State of New York v. Dairylea Cooperative, Inc.,* No. 81–1891, 1985 WL 1825, at *2

(S.D.N.Y. June 26, 1985) (determining that an "appropriate and realistic distribution" of settlement sum involving alleged overcharging for milk is the dispersion of funds to schools for nutritional purposes). Indeed, the method of settlement is utterly fair. Unlike cases where there are warranty cards returned by consumer class or other similar documentation, it would be difficult in this case to locate individual purchasers. *See, e.g., Keds,* 1994 WL 97201, at *3 (noting that it would be "difficult if not impossible to trace individual consumers" given the absence of warranty cards). The class covered by the settlement consists of purchasers of Reebok and Rockport footwear for the period January 1, 1990 to December 31, 1994, although the States maintain that they have only found evidence of sporadic instances with little or no effect on prices except for the two pricing policies and class damage periods described above, and even in those damage periods, only a fraction of the shoes actually sold, according to the plaintiffs' economist, were sold at artificially inflated prices. Thus, the number of potential consumers would be in the millions, although those who were actually affected would be a smaller number but still, as explained above, very substantial.

The amount of the potential overcharge is so small as to undercut the incentive of individual consumers to attempt to obtain a refund and would dramatically increase the costs of administering any settlement. *See Dairylea,* 1985 WL 1825, at *1 (finding that it would be disproportionately expensive to return monies through devices like sworn claim forms). Indeed, the actual administrative cost of processing claims and mailing out refund checks is estimated to be about $2.47 per claim. (MacGregor Aff. ¶ 16.) Moreover, the potential for fraudulent claims is enormous because there are no warranty cards and no other reasonable methods of assuring that the products for which a refund is sought were actually purchased during the damage period. The distribution method here serves the general public interest, the interests of the plaintiffs and the consumers, and the public interests of disgorgement and deterrence. The distribution procedure included in the Settlement Agreement is thus fair, reasonable, and adequate.[2]

The lack of opposition to the settlement also supports its approval. *See Keds,* 1994 WL 97201, at *3 ("paucity of objections ... militates in favor of the settlements"). The number of oppositions could best be described as minuscule. Out of the millions of potential consumers, only 611 class members opted out of the settlement, 209 class members registered informal objections, and only 13 others filed formal objections. These objections, which primarily seek personal refunds, do not raise any grounds that lead the Court to conclude that the settlement is not fair, reasonable, and adequate.

Attorneys representing plaintiffs in class actions in Florida, which raise similar claims to those in this case, appeared at the settlement hearing. Although the notice in this case required any objections to be filed by September 8, 1995, and neither the attorneys nor their clients raised such objections by that time, the Court heard the objections in order to determine whether there were valid objections to the settlement. Similarly, the Court received an objection dated October 12, 1995 from counsel representing plaintiffs

---

**2.** 15 U.S.C. § 15e provides:
   Monetary relief recovered in an action under 15c(a)(1) of this title shall—
      (1) be distributed in such manner as the district court in its discretion may authorize; or
      (2) be deemed a civil penalty by the court and deposited with the State as general revenues;
   subject in either case to the requirement that any distribution procedure adopted afford each person a reasonable opportunity to secure his appropriate portion of the net monetary relief. The distribution procedure in this case satisfies the requirements of § 15e. In the very similar circumstances of the *Dairylea* distribution, the court found that the distribution procedure satisfied the statute because any distribution procedure per person or per household would be so small that it would be consumed by administrative costs. There was thus no realistic distribution procedure that afforded anyone a reasonable opportunity to secure an appropriate portion. The procedure here, which provides a public benefit directed at those most likely to use the affected products, is the most reasonable distribution procedure to provide a realistic benefit for the class.

in actions filed in Alabama, Georgia, and New York. Each of the actions appear to have been filed after the Settlement Agreement in this case was entered into. These objections, like those individual objections mentioned above, object to the adequacy of the Settlement and in particular urge that the Court should establish a method of individual refunds. The Court has in fact considered these objections and, for the reasons already explained, finds that individual refunds would be impractical, that the method of distribution in the Settlement Agreement is fair, reasonable, and adequate, and that it will accomplish the purposes of the antitrust laws in a way which any effort at individual refunds—which would not only be impractical but would be consumed in the costs of its own administration—would not.[3]

Therefore, the Settlement is approved. Separate orders are being entered approving the Settlement Agreement and entering the Final Judgment and Consent Decree.

**SO ORDERED.**

### ORDER

The Court having considered the Settlement Agreement between the Plaintiff States and Defendants Reebok International Ltd., and The Rockport Company, Inc., the Joint Motion for Approval of the Settlement Agreement, the Plaintiffs' and Defendants' Memoranda in Support of the Joint Motion for Final Approval and the attachments thereto, the other pleadings previously filed in this action, and the Court having held a hearing on said motion on October 13, 1995, and having duly considered the objections to the Settlement Agreement, and having excluded from the Settlement those individuals, whose names are listed in Attachment A hereto, who have expressly opted-out of the Settlement Agreement, the Court finds that the Settlement Agreement is fair, reasonable and adequate and it is therefore this 20th day of October 1995,

ORDERED that the Settlement Agreement is approved by the Court, and it is further

ORDERED that the parties are authorized to direct that payments be made from the Settlement Account in accordance with the Settlement Agreement.

## ATTACHMENT A
ATTACHMENT A

**Reebok Opt Outs 9/20/95**

| Decision | Last Name | First Name | Address | City | State | Zip Code |
|---|---|---|---|---|---|---|
| Opt Out | Berger | Carl | Box 2021 | Bethel | AK | 99559 |
| Opt Out | Robart | Scott . | 627 W. 20th Ave. | Anchorage | AK | 99503 |
| Opt Out | Dooley | Michael | 126 Scenic Drive | Madison | AL | 35758 |
| Opt Out | McCulloch | James | 714 Cleermont Drive | Huntsville | AL | 35801 |
| Opt Out | Notermann | Margaret | 4002 Telstar Cr. SW | Huntsville | AL | 35805 |
| Opt Out | Pounds | Joe | 8800 Earl Fields Circle | Northport | AL | 35476 |
| Opt Out | Rutland | Lynwood | 412 John C. Wells Rd. | Daleville | AL | 36322 |
| Opt Out | Shafmaster | Al | 2024 Mem. Pky., Apt F6 | Huntsville | AL | 35810 |
| Opt Out | Bell | Jerry | 1828 Parkshore Drive, # 4 | Fayetteville | AR | 72703 |
| Opt Out | Bastian | J. Wallace | 725 Kopavi Trail | Prescott Valley | AZ | 86303 |
| Opt Out | Clark | Jeffrey | ASPC–1F/Central Unit, PO Box 8200 | Florence | AZ | 85232 |
| Opt Out | Dellinger | Roger | 11209 N. 27th Place | Phoenix | AZ | 85028 |
| Opt Out | Ellis | Holly | 4872 Judy Circle | Prescott Valley | AZ | 86314 |
| Opt Out | Lindenfeld | Stan | 1107 E. Greenlee Pl. | Tuscon | AZ | 85719 |
| Opt Out | Merrell | John | 1550 7th Avenue | Yuma | AZ | 85364 |
| Opt Out | Patrick | Vernon | 17222 N. Central, Suite 371 | Phoenix | AZ | 85022 |
| Opt Out | Salahuddin | Khalid | 4505 So. Hardy Dr. # 2182 | Tempe | AZ | 85282 |
| Opt Out | Swenson | Kenneth | 8265 East Southern, # 112 | Mesa | AZ | 85208 |
| Opt Out | Weiss | David | P.O. Box 41392 | Tuscon | AZ | 85717 |

---

**3.** The attorneys for the plaintiffs in the Alabama, New York, and Georgia actions also complain about the adequacy of the notice to the class to advise consumers about the possibility of opt-outs and the date of the settlement hearing. As explained above in note 1, the notice was in fact fair and adequate and was the best notice practicable in the circumstances of this case.

| Decision | Last Name | First Name | Address | City | State | Zip Code |
|---|---|---|---|---|---|---|
| Opt Out | Albrektson | Kathy | 619 W. Dover Drive | San Bernardino | CA | 92407 |
| Opt Out | Albrektson | Ray | 619 W. Dover Drive | San Bernardino | CA | 92407 |
| Opt Out | Armsbeiry | Roberta | 1515 Salano Ave | Vallejo | CA | 94590 |
| Opt Out | Barnes | Jean | 610 South 37th Street #16 | Richmond | CA | 94804 |
| Opt Out | Barrett | Crystal | 315 Grove Avenue | Richmond | CA | 94801 |
| Opt Out | Booker | Richard | 227 S. Hamel Drive | Beverly Hills | CA | 90211 |
| Opt Out | Brown | Michael | 435½ Visation Ave | Brisbane | CA | 94005 |
| Opt Out | Cebula | Dennis | 718 Missouri | Vacaville | CA | 94533 |
| Opt Out | Chaldez | Susan | 12317 E. 222nd St, #B | Hawaiian Gardens | CA | 90716 |
| Opt Out | Coleman | Deirdre | 417 Liberty St. | El Cerrito | CA | 94530 |
| Opt Out | Cruz | Clifford | 112 Royal Court | Vallejo | CA | 94591 |
| Opt Out | Duvcon | Edward | 4149 Raya Way | San Diego | CA | 92122 |
| Opt Out | Dzuro | Ellie | 945 Ward Drive, Space 184 | Santa Barbara | CA | 93111 |
| Opt Out | Dzuro | Paul | 945 Ward Drive, Space 184 | Santa Barbara | CA | 93111 |
| Opt Out | Ellis | Frederick | 2625 Alcatraz #227 | Berkeley | CA | 94705 |
| Opt Out | Franco | Tony | 814 James Towne Road | Savannah | CA | 31419 |
| Opt Out | Garfield | James | 2576 S. Sepulveda | Los Angeles | CA | 90064 |
| Opt Out | Grover | Jeanette | 13353 Oro–Quincy | Berry Creek | CA | 95916 |
| Opt Out | Grover | Mark | 13353 Oro–Quincy | Berry Creek | CA | 95916 |
| Opt Out | Hassett | Terri | 4520 Randy Avenue | Bakersfield | CA | 93309 |
| Opt Out | Hendricks | Terence | 2769 Elks Way | Napa | CA | 94558 |
| Opt Out | Jensen | Carl | 8177 El Rancho Drive | Cotati | CA | 94931 |
| Opt Out | Kaplan | Walter | 6417 Wynkoop St. | Los Angeles | CA | 90045 |
| Opt Out | Kato | Janice | 544 Madison St. | Albany | CA | 94706 |
| Opt Out | Kato | Jiro | 544 Madison St. | Albany | CA | 94706 |
| Opt Out | Kato | Nancy | 544 Madison St. | Albany | CA | 94706 |
| Opt Out | Kato | Kiyo | 544 Madison St. | Albany | CA | 94706 |
| Opt Out | Kennedy | James | HC 2 2000 | Frazier Park | CA | 93225 |
| Opt Out | Kennedy | Lynne | HC 2 2000 | Frazier Park | CA | 93225 |
| Opt Out | Kinoshita | Michael | 430 Foxborough Drive | Mountain View | CA | 94041 |
| Opt Out | Little | Robert | 3601 Bernwood Place, #70 | San Diego | CA | 92130 |
| Opt Out | Mason | Albert | 428 Consuelo Drive | Santa Barbara | CA | 93110 |
| Opt Out | Matula | Maria | 9585 Gregory Street | La Mesa | CA | 91942 |
| Opt Out | Melton | James | PO Box B–37187 | SQ | CA | 94974 |
| Opt Out | Neenan | John | 4799 Williams Road | San Jose | CA | 95129 |
| Opt Out | Neja | Paul | 1354 Ramsay Circle | Walnut Creek | CA | 94596 |
| Opt Out | Oswald | R.W. | 1759 Limewood Court | Concord | CA | 94521 |
| Opt Out | Parnell | Roger | 47 Ceres Circle | Chico | CA | 95926 |
| Opt Out | Pepin | Alfred | 574 Yellowstone Drive | Vacaville | CA | 95687 |
| Opt Out | Pierscinski | L. Casimir | 1710 Potrero Way | Sacramento | CA | 95822 |
| Opt Out | Pillow | Patricia | 11291 Casa Street | Ventura | CA | 93004 |
| Opt Out | Pillow | Richard | 11291 Casa Street | Ventura | CA | 93004 |
| Opt Out | Pon | Pamela | 355 Monticello Street | San Francisco | CA | 94132 |
| Opt Out | Ross | Marvelle | 12932 Homeridge Lane | Chino Hills | CA | 91709 |
| Opt Out | Scott | J. | 544 Madison St. | Albany | CA | 94706 |
| Opt Out | Shukid | Yatri | 10492 Park Villa Circle | Villa Park | CA | 92667 |
| Opt Out | Shukid | P.K. | 10492 Park Villa Circle | Villa Park | CA | 92667 |
| Opt Out | Thompson | Jerry | #84404–012, 3901 Klein Bl. | Lompoc | CA | 93436 |
| Opt Out | Waldon | Bessie | 437 Michigan Ave. | Berkeley | CA | 94707 |
| Opt Out | Waldon | Donald | 437 Michigan Ave. | Berkely | CA | 94707 |
| Opt Out | Weist | R.R. | 1166 Palormeno Road | Santa Barbara | CA | 93105 |
| Opt Out | Wilkin | Gene | 11 Villa Court | San Luis Obispo | CA | 93401 |
| Opt Out | Wilmot | Charles | 815 Woodrow Avenue | Bakersfield | CA | 93308 |
| Opt Out | Baumgartner | Joseph L. | P.O. Box 1371 | Elizabeth | CO | 80107 |
| Opt Out | Boggs | Matthew T. | P.O. Box 24 | Parker | CO | 80134 |
| Opt Out | Boggs | Robert | P.O. Box 1371 | Elizabeth | CO | 80107 |
| Opt Out | Brown | Debra | 9600 E. Girard Ave., Apt. 8P | Denver | CO | 80231 |
| Opt Out | Carey | Carolyn | 1345 South Milwaukee Street | Denver | CO | 80210 |
| Opt Out | Hamdeh | Daniel | 6219 Kearney | Commerce City | CO | 80022 |
| Opt Out | Hamdeh | Margie | 6219 Kearney | Commerce City | CO | 80022 |
| Opt Out | Shuman | Billy | 767 Monaco Parkway | Denver | CO | 80220 |
| Opt Out | Shuman | Jeane | 767 Monaco Parkway | Denver | CO | 80220 |
| Opt Out | Atterberry | Gregory | 131 Carey Avenue | Meriden | CT | 06451 |
| Opt Out | Caruso | Charles | 65 Hale Lane | Darien | CT | 06820 |
| Opt Out | Chiriboga | Carlos | Box 116 | East Granby | CT | 06026 |
| Opt Out | Chiriboga | Susan | Box 116 | East Granby | CT | 06026 |
| Opt Out | Connair | Stephen | 3 Winchester Road | East Lyme | CT | 06333 |
| Opt Out | Griffiths | Brian J. | 202 Westford Hill Rd. | Ashford | CT | 06278 |
| Opt Out | Griffiths | Lisa Marie | 202 Westford Hill Rd. | Ashford | CT | 06278 |
| Opt Out | Hogfeldt | Vic | 87 Fairview Avenue | West Haven | CT | 06516 |
| Opt Out | Kahn | Jerome | 53 Gallows Hill Road | West Redding | CT | 06896 |
| Opt Out | Pacukonas | Richard | 16 Irene Drive | Vernon | CT | 06066 |
| Opt Out | Von Kohorn | Robert | 10 Gerardo Drive | Monroe | CT | 06468 |

| Decision | Last Name | First Name | Address | City | State | Zip Code |
|----------|-----------|------------|---------|------|-------|----------|
| Opt Out | Cherrington | Stephen | 4439 Albemarle Street, NW | Washington | DC | 20016 |
| Opt Out | Robles | Cherisse | 1500 Mass. Ave., NW # 523 | Washington | DC | 20005 |
| Opt Out | Onyango | Samuel | 1113 S. Dolton Ct. | Wilmington | DE | 19810 |
| Opt Out | Aspinwell | Glen | 18421 Orangecrest Drive | Lehigh Acres | FL | 33936 |
| Opt Out | Barker | June | 2012 Golfview Ct. | Ft. Pierce | FL | 34950 |
| Opt Out | Blessitt | Arthur | PO Box 4737 | North Fort Myers | FL | 33918 |
| Opt Out | Boanny | John | 23213 Billings Avenue | Port Charlotte | FL | 33954 |
| Opt Out | Bookbinder | Jay | 100 NE 105th Street | Miami | FL | 33138 |
| Opt Out | Brown | Frieda | 9206 SW 97 Ave. | Miami | FL | 33176 |
| Opt Out | Curry | Pamela | 512 Century Oak Court | Lakeland | FL | 33813 |
| Opt Out | Douglas | Leon | c/o CCDC, PO Box 3125 | Lake City | FL | 32056 |
| Opt Out | Drolle | J.M. | 5823 Sunshine Park Drive | New Port Richey | FL | 34652 |
| Opt Out | Etheridge | Oscar | 6250 Old Bethel Road | Crestview | FL | 32536 |
| Opt Out | Fiebert | Max | 6300 NW 62nd Street | Tamarac | FL | 33319 |
| Opt Out | Flynn | Marie | 9 Angel Falls Circle | Ormond Beach | FL | 32174 |
| Opt Out | Ford | Joan | 2219 SE 27th Terr | Cape Coral | FL | 33904 |
| Opt Out | Foss | Mary Jean | 4104 NW 69th Street | Gainesville | FL | 32606 |
| Opt Out | Francis | Mattie | 1510 NW 56 St | Miami | FL | 33138 |
| Opt Out | Gore | Craig | c/o CCDC, PO Box 3125 | Lake City | FL | 32056 |
| Opt Out | Irwin | D. | 2243 SE 28th Street | Cape Coral | FL | 33904 |
| Opt Out | Laurendi | Mary | 1507 NE 17th Court | Ocala | FL | 34470 |
| Opt Out | Loccisano | Diane | 1008 Danny Drive | Sarasota | FL | 34243 |
| Opt Out | Love | Phillip | 4625 Bushnell Road | Milton | FL | 32583 |
| Opt Out | Maxwell | Tim | 11677 Whitemarsh Drive | West Palm Beach | FL | 33414 |
| Opt Out | Millette | Richard | 2291 SE 28th Street | Cape Coral | FL | 33094 |
| Opt Out | Patrick | Mary | 7 Golfs Edge, Apt. G | West Palm Beach | FL | 33417 |
| Opt Out | Patrick | Stanley | 7 Golfs Edge, Apt. G | West Palm Beach | FL | 33417 |
| Opt Out | Piekeelek | Edward | 1160 Grand Duke Way | Royal Palm Beach | FL | 33411 |
| Opt Out | Platt | Paul | 1190 Yesica Ann Circle # 202 | Naples | FL | 33942 |
| Opt Out | Rossman | Randall | 10941 SW 10 Place | Davie | FL | 33324 |
| Opt Out | Rubenstein | Joel | 5379 B Verona Drive | Boynton Beach | FL | 33437 |
| Opt Out | Ruffner | Charles | 601 Brickell Key Drive, Suite 507 | Miami | FL | 33131 |
| Opt Out | Ruffner | David | 103 NW 10th Street, Apt. 5 | Gainesville | FL | 32601 |
| Opt Out | Ruffner | Mary Ann | 6250 SW 135 Street | Miami | FL | 33156 |
| Opt Out | Ruffner | Nanette | 8830 SW 67 Ct. | Miami | FL | 33156 |
| Opt Out | Salamon | Milton | 1134 Samar Road | Cocoa Beach | FL | 32931 |
| Opt Out | Schrmichel | Walter | 195 5th Street | Bonita Springs | FL | 33923 |
| Opt Out | Schwartz | Milton | Durham A 4009 | Deerfield Beach | FL | 33442 |
| Opt Out | Sterns | Phyllis | 15 Woods Lane | Boynton Beach | FL | 33486 |
| Opt Out | Sternstein | Bruce | 8311 N.W. 64th St., Suite # 1 | Miami | FL | 33166 |
| Opt Out | Urban | Jo Ellen | 3054 Domino Drive | Holiday | FL | 34691 |
| Opt Out | Wickersham | Dale | PO Box 320787 | Cocoa Beach | FL | 32932 |
| Opt Out | Williams | Leland | 344 Grove St. N | St. Petersburg | FL | 33701 |
| Opt Out | Winters | Anita | 1317 SW 82nd Ave. | North Lauderdale | FL | 33068 |
| Opt Out | Winters | David | 1317 SW 82nd Ave. | North Lauderdale | FL | 33068 |
| Opt Out | Winters | Lisa | 1317 SW 82nd Ave. | North Lauderdale | FL | 33068 |
| Opt Out | Winters | Michael | 1317 SW 82nd Ave. | North Lauderdale | FL | 33068 |
| Opt Out | Winters | Sheldon | 1317 SW 82nd Ave. | North Lauderdale | FL | 33068 |
| Opt Out | Yentis | Leonard | 107 Hastings | West Palm Beach | FL | 33417 |
| Opt Out | Boitnott | Don | 2660 Holcomb Springs Drive | Alpharetta | GA | 30202 |
| Opt Out | Boitnott | Judi | 2660 Holcomb Springs Drive | Alpharetta | GA | 30202 |
| Opt Out | Boland | Harry | 501 Big Canoe | Big Canoe | GA | 30143 |
| Opt Out | Cleveland | Steven | PO Box 3142 | Macon | GA | 31205 |
| Opt Out | Cunningham | Bobby | 5575 Circlestone Lane | Stone Mountain | GA | 30088 |
| Opt Out | Favret | James | 1160 Court Drive, Apt. A | Duluth | GA | 30136 |
| Opt Out | Franco | Rich | 814 Jamestowne Road | Savannah | GA | 31419 |
| Opt Out | Leonard | James | PO Box 268 | Normanpark | GA | 31771 |
| Opt Out | Morris | Annie | 2073 Kimberly Road SW | Atlanta | GA | 30331 |
| Opt Out | Smith | Donald | 5036 Pine Ridge Drive | Macon | GA | 31210 |
| Opt Out | Gauss | Juanita | 451C Halawa View | Honolulu | HI | 96810 |
| Opt Out | Menkhaus | Mary | 1653 Citron # 4 | Honolulu | HI | 96826 |
| Opt Out | Rapp | Geoffrey | 217 Forest Ridge Way | Honolulu | HI | 96822 |
| Opt Out | Rapp | John | 217 Forest Ridge Way | Honolulu | HI | 96822 |
| Opt Out | Rapp | Melissa | 217 Forest Ridge Way | Honolulu | HI | 96822 |
| Opt Out | Dickel | Kevin | 1105 Boone Street | Pella | IA | 50219 |
| Opt Out | La Rue | Marie | 1401 Kansas St. | Musc. | IA | 52761 |
| Opt Out | Ronconi | Robert | 130 N 9th Street | Fort Dodge | IA | 50501 |
| Opt Out | Radford | Linda | 758 N. 3700 E. | Rigby | ID | 83442 |

| Decision | Last Name | First Name | Address | City | State | Zip Code |
|----------|-----------|------------|---------|------|-------|----------|
| Opt Out | Adkins | Andre | 7611 Paxton | Chicago | IL | 60649 |
| Opt Out | Adkins | Stanley | 7611 Paxton | Chicago | IL | 60649 |
| Opt Out | Adkins | Stanley, Jr. | 7611 Paxton | Chicago | IL | 60649 |
| Opt Out | Ambrose | Lee | 445 Massachusetts Ave. | Naperville | IL | 60565 |
| Opt Out | Ambrose | Lorraine | 445 Massachusetts Ave. | Naperville | IL | 60565 |
| Opt Out | Banks | Kasiem | 7517 So. Yale, Apt. 3E | Chicago | IL | 60626 |
| Opt Out | Battaglia | Frank | 856 Oak Street | Winnetka | IL | 60093 |
| Opt Out | Bendsen | Chris | 1076 Cedar Hill Drive | Decatur | IL | 62521 |
| Opt Out | Blakey | Susan | 109 Maen St. | O'Fallon | IL | 62269 |
| Opt Out | Brooks | Aggie | 2432 W. Jackson | Chicago | IL | 60621 |
| Opt Out | Chagnon | Ann | 7736 W. 158th Ct. | Orland Park | IL | 60477 |
| Opt Out | Eimerman | Shirley | 14425 Jody Lane | Wodsworth | IL | 60083 |
| Opt Out | Grossman | Lee | 9030 Forestview Road | Evanston | IL | 60203 |
| Opt Out | Grossman | Sandee | 9030 Forestview Road | Evanston | IL | 60203 |
| Opt Out | Hartman | Karen | 260 May St., PO 638 | Manhattan | IL | 60442 |
| Opt Out | Hrkel | Joseph | 5130 S. Kildare Ave. | Chicago | IL | 60632 |
| Opt Out | Hrkel | Paul | 5655 S. Mayfield Ave. | Chicago | IL | 60638 |
| Opt Out | Latos | Douglas | 14814 Hickory | Lansing | IL | 60438 |
| Opt Out | Mayo | William | 400 East Jefferson | Morton | IL | 61550 |
| Opt Out | Nowakowski | Eva | 430 Drury Lane | Barrington | IL | 60010 |
| Opt Out | Nowakowski | Victor | 430 Drury Lane | Barrington | IL | 60010 |
| Opt Out | O'Hare | Robert | 13154 N. Country Club Court | Palos Heights | IL | 60463 |
| Opt Out | Peasley | Esther | 1204 Kinch | Urbana | IL | 61801 |
| Opt Out | Peasley | Isaac | Box 2465 | Champaign | IL | 61825 |
| Opt Out | Peasley | Katherine | 1204 Kinch | Urbana | IL | 61801 |
| Opt Out | Peasley | Louis | Box 2465 | Champaign | IL | 61825 |
| Opt Out | Peasley | Naomi | 1204 Kinch | Urbana | IL | 61801 |
| Opt Out | Peasley | Seth | Box 2465 | Champaign | IL | 61825 |
| Opt Out | Percival | Herbert | PO Box 176 | Brookfield | IL | 60513 |
| Opt Out | Prestwich | Howard | 216 W. Stephenson Street | Freeport | IL | 61032 |
| Opt Out | Rakowski | Carol | 10626 S. Vicky Lane | Palos Hills | IL | 60465 |
| Opt Out | Rakowski | Jackie | 6315 Clark Dr. | Woodbridge | IL | 60517 |
| Opt Out | Rakowski | Jeff | 6315 Clark Dr. | Woodbridge | IL | 60517 |
| Opt Out | Rakowski | Norman | 10626 S. Vicky Lane | Palos Hills | IL | 60465 |
| Opt Out | Randle | Lillie | 2228 S. Kostnes | Chicago | IL | 60623 |
| Opt Out | Ruby | Edwin | 9414 Lindsay St. | Orland Hills | IL | 60477 |
| Opt Out | Smith | Kimberly | 260 May St., PO 638 | Manhattan | IL | 60442 |
| Opt Out | Turner | Robert | 20 Dorchester | Brighton | IL | 62012 |
| Opt Out | Williams | Joey | 4603 W 21 Place | Chicago | IL | 60623 |
| Opt Out | Janick | Jules | 420 Forest Hill Drive | West Lafayette | IN | 47906 |
| Opt Out | Lail | John | 15205 Wicker Ave | Cedar Lake | IN | 46303 |
| Opt Out | Germer | Jean | 714 Countryside Road | Junction City | KS | 66441 |
| Opt Out | McBride | Frank | 104 W. Lake | Salina | KS | 67401 |
| Opt Out | Miles | Charles | 6325 West 73rd Terrace | Overland Park | KS | 66204 |
| Opt Out | Pheasant | Robert | 309 Mulberry | Topeka | KS | 66609 |
| Opt Out | Johnson | Marcella | 1412 Willow Ave. Unit 49 | Louisville | KY | 40204 |
| Opt Out | Lutman | David | 1412 Willow Ave. Unit 49 | Louisville | KY | 40204 |
| Opt Out | Mumford | Lloydd | 2039 Fernwood Drive | Owensboro | KY | 42301 |
| Opt Out | Tanner | David | 517 Savannah Drive, # D | E–Town | KY | 42701 |
| Opt Out | Pippin | Cindy | PO Box 16155 | Lake Charles | LA | 70616 |
| Opt Out | Roundtree | Debra | PO Box 40961 | Baton Rouge | LA | 70835 |
| Opt Out | Aniello | Angela | 61 Canterbury Road | Waltham | MA | 02154 |
| Opt Out | Bilski | Louis | 48 Francis Street | Waltham | MA | 02154 |
| Opt Out | Bob | Joshua | 4 Bald Hill Lane | Peabody | MA | 01960 |
| Opt Out | Bob | Marianne | 4 Bald Hill Lane | Peabody | MA | 01960 |
| Opt Out | Bob | Marray | 4 Bald Hill Lane | Peabody | MA | 01960 |
| Opt Out | Davenport | Bernard | St. Andrew Apostle Church, 16 Vineyard St. | Worcester | MA | 01603 |
| Opt Out | Delehanty | Thomas | 22B Faulkner Street | Lowell | MA | 01852 |
| Opt Out | Ducharme | Melissa | 21 Evergreen Drive | Taundon | MA | 02780 |
| Opt Out | Franklin | Ed | 67 Kings Rd. | Canton | MA | 02021 |
| Opt Out | Franklin | Robin | 67 Kings Rd. | Canton | MA | 02021 |
| Opt Out | Kramer | William | 552 Flat Hills Road | Amherst | MA | 01002 |
| Opt Out | Luikey | Linda | 205 I Hickory Street | Springfield | MA | 02231 |
| Opt Out | McFadden | Thomas | 6 Swain Street | Haverhill | MA | 01832 |
| Opt Out | Perry | Evelyn | 58 Agawam Village | Wareham | MA | 02571 |
| Opt Out | Vitello | Bernice | 26 Coolidge Ave. | Weymouth | MA | 02188 |
| Opt Out | Vitello | Peter | 26 Coolidge Ave | Weymouth | MA | 02188 |
| Opt Out | Ward | Keir | 69 Breer Cir. | Brockton | MA | 02401 |
| Opt Out | Welson | Samuel | 8 Kingsley Avenue | Northampton | MA | 01060 |

| Decision | Last Name | First Name | Address | City | State | Zip Code |
|----------|-----------|------------|---------|------|-------|----------|
| Opt Out | Buckner | Robert Leon | 248625 Revells Neck Rd. | Westover | MD | 21890 |
| Opt Out | Cohen | Evelyn | 7233 Park Heights Avenue, Apt. E | Baltimore | MD | 21208 |
| Opt Out | Conley | Margaret | 708 Shelly Road | Tawson | MD | 21286 |
| Opt Out | Correl | Frank | 3505 Turner Lane | Chevy Chase | MD | 20815 |
| Opt Out | Gipson | Elaine | 2431 Dorchester Rd. | Upper Marboro | MD | 20772 |
| Opt Out | Hilliard | Wesley R. | 7706 Woodland Ave | Pasadena | MD | 21122 |
| Opt Out | Jackson | Madeline | 600 Bryants Nursery Road | Silver Spring | MD | 20905 |
| Opt Out | Kramer | Catherine | 503 Hillen Road | Baltimore | MD | 21286 |
| Opt Out | Love | Larry | 411 Milford Mill Road | Pikesville | MD | 21208 |
| Opt Out | Obrycki | Robert | 8743 Brae Brooke Drive | Lanham | MD | 20706 |
| Opt Out | Pell | Jerry | 10310 Tailcoat Way | Columbia | MD | 21044 |
| Opt Out | Roush | Carolyn | 4059 Federal Hill Road | Jarrettsville | MD | 21084 |
| Opt Out | Rowland | Deryl | 806 Lancaster Drive | Bel Air | MD | 21014 |
| Opt Out | Weissman | Nathan | 8508 Farrell Drive | Chevy Chase | MD | 20815 |
| Opt Out | Williams | Dorothy | 4117 Crest Hts. Road | Baltimore | MD | 21215 |
| Opt Out | Yates | Mary | Asbury Ave., # 18 | Lavale | MD | 21502 |
| Opt Out | Fuller | Gerald Davis, Sr. | 150972 Revells Neck Rd. | Westover | MD | 21890 |
| Opt Out | Ismail | Amr | PO Box 660 | Machias | ME | 04654 |
| Opt Out | Kinney | Janet | RFD 2 Box 8540 | Jay | ME | 04239 |
| Opt Out | Agno | John | PO Box 2236 | Ann Arbor | MI | 48106 |
| Opt Out | Alsobrook | Tyrus | P.O. Box 8 | Lincoln Park | MI | 48146 |
| Opt Out | Amormino | Eda | 23001 Alger | St. Clair Shores | MI | 48080 |
| Opt Out | Banks | Carolyn | | | MI | |
| Opt Out | Barry | Robert | 1614 Cherokee Road | Ann Arbor | MI | 48104 |
| Opt Out | Belen | Maier | 18409 Alta Vista Drive | Southfield | MI | 48075 |
| Opt Out | Belen | Molly | 18409 Alta Vista Drive | Southfield | MI | 48075 |
| Opt Out | DeHudy | Gail | 1751 Ritter Drive | Norton Shores | MI | 49441 |
| Opt Out | Dillard | Lygia | 21631 Whitmore | Oak Park | MI | 48237 |
| Opt Out | Hanke | Rudolph | 1606 W. Wackerly Road | Sanford | MI | 48657 |
| Opt Out | Harris | Jim | 1218–1A Runaway Bay Drive | Lansing | MI | 48917 |
| Opt Out | Howard | Cal | 106 Thunder Bay | Alpuna | MI | 49707 |
| Opt Out | Huggins | Bradford | 8124 North Lawn | Detroit | MI | 48204 |
| Opt Out | Katz | Susan Diane | 21310 Constitution | Southfield | MI | 48076 |
| Opt Out | Kustasz | Robert | 23850 Woodland | Clinton Township | MI | 48036 |
| Opt Out | Lewis | Scott A. | 220 Audubon | South Lyon | MI | 48178 |
| Opt Out | Ludwig | Kenneth | 2702 Maitland Drive | Ann Arbor | MI | 48105 |
| Opt Out | McCrary | Pamela | 2232 Sheridan | Detroit | MI | 48214 |
| Opt Out | McDermott | P.A. | 2021 Medford Road, # 272 | Ann Arbor | MI | 48104 |
| Opt Out | Monacelli | Joanne | 47589 Province Ct. | Shelby Twp | MI | 48315 |
| Opt Out | Montgomery | Beverly | 9087 Vaughan | Detroit | MI | 48228 |
| Opt Out | O'Brien | Gloria | 2472 Miller Road | Metamora | MI | 48455 |
| Opt Out | O'Brien | Patrick | 3040 Brighton Road | Howell | MI | 48843 |
| Opt Out | Pallas | Seraphim | 750 Golfcrest | Dearborn | MI | 48124 |
| Opt Out | Thomas | M. | 13142 Corbett | Detroit | MI | 48213 |
| Opt Out | Wikol | Murray | 3890 Oakland Drive | Bloomfield Hills | MI | 48301 |
| Opt Out | Wilson | Dolores | 20189 Warrington | Detroit | MI | 48221 |
| Opt Out | Wilson | Randall | 709 Sparrow Ave | Lansing | MI | 48910 |
| Opt Out | Woody | Lena | 13133 Callender Ave. | Southgate | MI | 48195 |
| Opt Out | Wyatt | Quincola | 17415 Parkside | Detroit | MI | 48221 |
| Opt Out | Erickson | Mary | 12 Meadow Lane | Morris | MN | 56267 |
| Opt Out | Goeres | Andreas | 6036 3rd Ave S. | Minneapolis | MN | 55419 |
| Opt Out | Halcomb | Doug | 7240 Braddock | Eagan | MN | 55123 |
| Opt Out | Halcomb | Nancy | 7240 Braddock | Eagan | MN | 55123 |
| Opt Out | Halloran | Elizabeth R. | 1011 Feltl Court, # 901 | Hopkins | MN | 55343 |
| Opt Out | Johnson | C.L. | Box 1751 | Mitka | MN | 55345 |
| Opt Out | Juskievley | Edwin | 5954 151 Lane, NW | Ramsey | MN | 55303 |
| Opt Out | Law | Ray | 1019 3rd Ave., NE | Little Falls | MN | 56345 |
| Opt Out | Law | Roberta | 1019 3rd Ave., NE | Little Falls | MN | 56345 |
| Opt Out | Nelson | Kenneth | 501 East 100 Street | Bloomington | MN | 55420 |
| Opt Out | Osterkamp | Lois | 2400 First Ave. East | No. St. Paul | MN | 55109 |
| Opt Out | Osterkamp | Michael | 2400 First Ave. East | No. St. Paul | MN | 55109 |
| Opt Out | Seligson | Carol B. | 14661 Balfour | Oak Park | MN | 48237 |
| Opt Out | Brennan | J.E. | 4052 Robert Ave. | St. Louis | MO | 83116 |
| Opt Out | Carta | Tom | 2211 S. Kentucky Ave. | Sedalia | MO | 65301 |
| Opt Out | Evickson | William | 3906 Baltimore, # 605 | Kansas City | MO | 64111 |
| Opt Out | Hogard | M.E. | 420 E. 70th Terr. | Kansas City | MO | 64131 |
| Opt Out | Kimbrough | Marcia | 3216 Grand, # 8 | Joplin | MO | 64804 |
| Opt Out | Papasifakis | Peter | 1414 Mohican Trail | St. Charles | MO | 63304 |
| Opt Out | Smith | Barry | PO Box 1458, 202 Vista Oak Court | Ballwin | MO | 63022 |

| Decision | Last Name | First Name | Address | City | State | Zip Code |
|---|---|---|---|---|---|---|
| Opt Out | Veach | O. Fred | 802 E. Dear St. | Kirksville | MO | 63501 |
| Opt Out | Greenleaf | Joseph | 1321 Harbor Point Drive | Gulfport | MS | 39507 |
| Opt Out | Norman | A. Lance | 7970 Elizabeth Drive | Olive Branch | MS | 38654 |
| Opt Out | Teel | Monica | 999 Gay Road | Biloxi | MS | 39532 |
| Opt Out | Boitnott | Bryan | 112 Linden Dr. | King | NC | 27021 |
| Opt Out | Boitnott | Don Wayne | 112 Linden Dr. | King | NC | 27021 |
| Opt Out | Boitnott | Drew | 112 Linden Dr. | King | NC | 27021 |
| Opt Out | Boitnott | Jill | 112 Linden Dr. | King | NC | 27021 |
| Opt Out | Branch | Eliza G. | 105 Oakmont Circle | Durham | NC | 27713 |
| Opt Out | Branch | Frederick | 105 Oakmont Circle | Durham | NC | 27713 |
| Opt Out | Branch | Sarah | 105 Oakmont Circle | Durham | NC | 27713 |
| Opt Out | Branch | Thomas | 105 Oakmont Circle | Durham | NC | 27713 |
| Opt Out | Branch | Thomas, Jr. | 3605-C Lynnhaven | Greensboro | NC | 27401 |
| Opt Out | Carter | Callie | 1901 Angelo Street | Winston Salem | NC | 27104 |
| Opt Out | Dabks | Norma | 172 Meadowood Dr. | Eden | NC | 27288 |
| Opt Out | Elrod | George | 6304 Oak Forest Ct. | Summerfield | NC | 27358 |
| Opt Out | Graham | Eliza J. | 105 Oakmont Circle | Durham | NC | 27713 |
| Opt Out | Hunter | Michael | 891 Newbern Ave. | Asheboro | NC | 27203 |
| Opt Out | Keough | Patrick | 4604 Old Lake Trail | Hillsborough | NC | 27278 |
| Opt Out | Lewis | James | 3525 Akereromby Dr. | Durham | NC | 27713 |
| Opt Out | Matthews | Dawn | 3121 Union Cross Church Road | Yadkinville | NC | 27055 |
| Opt Out | Matthews | Michael | 3121 Union Cross Church Road | Yadkinville | NC | 27055 |
| Opt Out | Morrison | Nola | 4732 Reid Rd. | Elon College | NC | 27244 |
| Opt Out | Pollock | Cynthia | 11445 NC Highway 55 West | Dover | NC | 28526 |
| Opt Out | Roberson | William | Rt. 1 Box 49 Clifton Pond Road | Louisburg | NC | 27549 |
| Opt Out | Silver | Patricia | 1014 Minerva Avenue | Durham | NC | 27701 |
| Opt Out | Washington | Nathaniel | 12 American Way | Asheville | NC | 28806 |
| Opt Out | Wilson | Harry | 244 Myrtle J. Dr. | Hurdle Mills | NC | 27541 |
| Opt Out | Densberger | Judy | 550 N. Maple St. | Ainsworth | NE | 69210 |
| Opt Out | Goodell | Mary | 11717 Marcy Plaza | Omaha | NE | 68154 |
| Opt Out | Hupp | Alan | 2717 Nth 65th Ave. | Omaha | NE | 68104 |
| Opt Out | Jensen | Robert | 7730 Mesa Rd. | Lincoln | NE | 68505 |
| Opt Out | Joni Dawe | Dee-El | 3535 Jefferson St. | Omaha | NE | 68107 |
| Opt Out | Lee | Frances | 21 Grossland Ridge Ct., PO Box 721 | Grant | NE | 69140 |
| Opt Out | Quinlan | Harry | 5615 North 68th Street | Omaha | NE | 68104 |
| Opt Out | Rosenberry | Leonard | 4210 Larry Lane | Lincoln | NE | 68506 |
| Opt Out | Hersey | Robert | 64 Concord Way | Portsmouth | NH | 03801 |
| Opt Out | Larorgna | Noreen | 8 Noble Street | Somersworth | NH | 03878 |
| Opt Out | Leedberg | Glen | 18 Cota Road | Merrimack | NH | 03054 |
| Opt Out | Altay | Hujeyin | 197 Rt. 46 W. | Rockway | NJ | 07866 |
| Opt Out | Barish | Richard | 1346 Asbury Avenue | Ocean City | NJ | 08226 |
| Opt Out | Bauer | Wilma | 111 Chestnut Street | Cherry Hill | NJ | 08002 |
| Opt Out | Dawkins | Joel | 174 Mt. Prospect Ave., #1B | Newark | NJ | 07104 |
| Opt Out | DeRobertis | Vincent | 61 Virginia Avenue | Fort Lee | NJ | 07024 |
| Opt Out | Gregg | Gregory | 100 Elm Drive | Neptune | NJ | 07753 |
| Opt Out | Lory | Albert | 32 Edinburgh Lane | Mt. Laurel | NJ | 08054 |
| Opt Out | Lysut | R. | 700 Schuyler Ave., #626 | Kearny | NJ | 07032 |
| Opt Out | Maginn | Robert | 56 Beverly Place | Bergenfield | NJ | 07621 |
| Opt Out | Malenich | George | 220 Philip Ave. | Elmwood Park | NJ | 07407 |
| Opt Out | Martorano | Camille | 34 Tahoe Lane | Manahawkin | NJ | 08050 |
| Opt Out | Martorano | Jack | 34 Tahoe Lane | Manahawkin | NJ | 08050 |
| Opt Out | Neubauer | Beverly | 61 Duncan Ave. | Jersey City | NJ | 07304 |
| Opt Out | O'Mara | George | 807 Adele Street | Northfield | NJ | 08225 |
| Opt Out | O'Mara | Sean | 807 Adele Street | Northfield | NJ | 08225 |
| Opt Out | Raffery | Nancy | 516 Grand Ave. | Palisades Park | NJ | 07650 |
| Opt Out | Salamar | Luis | 196 Starlight Court | Old Bridge | NJ | 08857 |
| Opt Out | Vena | Tony | 97 Maybrook Drive | Maywood | NJ | 07607 |
| Opt Out | Weissman | Gary | 4001 N. Oaks Blvd. | North Brunswick | NJ | 08902 |
| Opt Out | Winkler | Jeffrey | 3 Richmond Court | Princeton Junction | NJ | 08550 |
| Opt Out | Zeitlin | Jacqueline | 19 Byro Ave. | Bloomfield | NJ | 07003 |
| Opt Out | Zeitlin | Michael | 19 Byro Ave. | Bloomfield | NJ | 07003 |
| Opt Out | Bauer | John | 1375 Kings Row | Reno | NV | 89503 |
| Opt Out | Bayer | Arthur | 412 North Curry Street | Carson City | NV | 89703 |
| Opt Out | Hook | Mary | 2301 Addie Blvd., #69 | Reno | NV | 89512 |
| Opt Out | Levenson | Jonathan | 2680 Copper Cove Drive | Henderson | NV | 89014 |

| Decision | Last Name | First Name | Address | City | State | Zip Code |
|---|---|---|---|---|---|---|
| Opt Out | Batas | Musette | 3397 Bentha Drive | Baldwin Harbor | NY | 11510 |
| Opt Out | Bell | Helen | 384 Raymond Street | Rockville Centre | NY | 11570 |
| Opt Out | Bergman | Abby | 10 Downing Ct. | Irwington | NY | 10533 |
| Opt Out | Bianid | Joseph | 57 Carriage Road | Roslyn | NY | 11576 |
| Opt Out | Boland–DeVito | Joyce | 23 Chestnut Street | Garden City | NY | 11530 |
| Opt Out | Boland–DeVito | Vincent | 23 Chestnut Street | Garden City | NY | 11530 |
| Opt Out | Burruss | Mel | P.O. Box 2638 | Peekskill | NY | 10566 |
| Opt Out | Buzzeo | Anthony | 52 Wenlock St. | Staten Island | NY | 10303 |
| Opt Out | Caeer | James | 2653 Laguna Drive | Endicott | NY | 13760 |
| Opt Out | Cilaffo | Frank | 2555 36th St. | Astoria | NY | 11103 |
| Opt Out | Conde | D. | 4423 New York Ave. | Island Park | NY | 11558 |
| Opt Out | Conde | Joseph | 4423 New York Ave. | Island Park | NY | 11558 |
| Opt Out | Daly | Margaret | 777–31 Tuckahoe Rd. | Yonkers | NY | 10710 |
| Opt Out | Debaray | Sean | 37 Arizona Ave. | Syosett | NY | 11791 |
| Opt Out | DeSanctis | Mario | 70 Peggy Ann Road | Queensbury | NY | 12804 |
| Opt Out | Doe | Rod | 38 Oakview Avenue | Farmingdale | NY | 11735 |
| Opt Out | Dove | Tom | 325 Sunrise Ave. | Sayville | NY | 11782 |
| Opt Out | Elkin | Jerome | 79 Westwood Ave. | Ellenville | NY | 12428 |
| Opt Out | Falco | Jesse | 92 Bristol Dr. | Woodbury | NY | 11797 |
| Opt Out | Faulhaber | Greg | 1633 Hendrickson Ave | Merrick | NY | 11566 |
| Opt Out | Forman | Robert | 56 Lily Pond Lane | Katonah | NY | 10536 |
| Opt Out | Franklin | Harry | 90 Gold St, # 16F | New York | NY | 10038 |
| Opt Out | Franklin | Rose | 90 Gold St, # 16F | New York | NY | 10038 |
| Opt Out | Gold | Richard | 377 Route 59 | Monsey | NY | 10952 |
| Opt Out | Gomez | Victor | 791 Manor Rd. | Staten Island | NY | 10314 |
| Opt Out | Harris | Shirley | 36 Gulf Road | Colton | NY | 13625 |
| Opt Out | Harris | William | 36 Gulf Road | Colton | NY | 13625 |
| Opt Out | Herson | Catherine | 50 Burdick Hill | Ithaca | NY | 14850 |
| Opt Out | Hollenbeck | David | 207 East 5th Street | Oswego | NY | 13126 |
| Opt Out | Hollenbeck | Rhonda | 207 East 5th St. | Oswego | NY | 13126 |
| Opt Out | Housel | John | 178 Lydander Dr. | Rochester | NY | 14623 |
| Opt Out | Jordan | Thomas | 111 Tibbetts Rd. | Yonkers | NY | 10705 |
| Opt Out | Kaia | Kristine | 29 Humphrey Dr. | Syosett | NY | 11791 |
| Opt Out | Kim | Sunny | | Syosset | NY | 11791 |
| Opt Out | Koprivnjak | Joseph | 4423 New York Ave. | Island Park | NY | 11558 |
| Opt Out | Kraft | Esslie | 805 Niagara Parkway | North Tonawanda | NY | 14120 |
| Opt Out | Kraft | Irna | 805 Niagara Parkway | North Tonawanda | NY | 14120 |
| Opt Out | Kushner | Evan | 1 Wilson Place | Lindenhurst | NY | 11757 |
| Opt Out | Lamarch | Arlene | P.O. Box 136 | Valatie | NY | 12184 |
| Opt Out | Lapp | Darryl | 2711 Rosebud Ave. | Merrick | NY | 11566 |
| Opt Out | Levine | Elizabeth | 5 Stuyvesant Oval, # 12 E | New York | NY | 10009 |
| Opt Out | Lichtenstein | Jordan | 47 Juneau Blvd. | Woodbury | NY | 11797 |
| Opt Out | Lo Cicero | Lucille | 135 West End Ave. | Shirley | NY | 11967 |
| Opt Out | Lord | Richard | 1063 Christy Lane | Webster | NY | 14580 |
| Opt Out | Lummer | Jack | 86–15 Broadway | Elmhurst | NY | 11373 |
| Opt Out | Maiti | Noel | 10 Roberta Lane | Syosett | NY | 11791 |
| Opt Out | McGuinness | Joe | 14 Cedar Dr. | Southhampton | NY | 11968 |
| Opt Out | Minikes | Saul | 1161 East 12th Street | Brooklyn | NY | 11230 |
| Opt Out | Motta | Frank | 5 Richfield Court | Plainview | NY | 11803 |
| Opt Out | Mugluy | Daniel | St. Andrew's Church, 6713 Ridge Blvd. | Brooklyn | NY | 11220 |
| Opt Out | Munoz | Edward | 28-01 21st Ave., 3rd Floor | Astoria | NY | 11105 |
| Opt Out | Munoz | Krista | 28-01 21st Ave., 3rd Floor | Astoria | NY | 11105 |
| Opt Out | Newmeyer | R.A. | 4030 75th Street, Apt 6K | Queens | NY | 11373 |
| Opt Out | Nichols | Bernard | 17 Marisa Drive | Wesley Hills | NY | 10977 |
| Opt Out | Nowak | Eleanore | 151 S. Irwinwood Rd. | Lancaster | NY | 14086 |
| Opt Out | Pagliaro | Steven | P.O. Box 60324 | Staten Island | NY | 10306 |
| Opt Out | Pancer | Joseph | 1664 49th Street | Brooklyn | NY | 11204 |
| Opt Out | Rizzo | Madeline | 77 Fulton Street, Apt. 26M | New York | NY | 10038 |
| Opt Out | Rogoff | Martin | 13 Friendly Rd. | Smithtown | NY | 11787 |
| Opt Out | Ruffner | Robin | 300 E. 34th Street, # 27A | New York | NY | 10016 |
| Opt Out | Saenz | Michelle | 718 59th Street | Niagara Falls | NY | 14304 |
| Opt Out | Schillinger | John | 1633 Hendrickson Ave | Merrick | NY | 11566 |
| Opt Out | Schlesinger | Shirley | 20–64 31 Street, Apt. D6 | Astoria | NY | 11105 |
| Opt Out | Schwartz | Ron | 33 E. 208 St., # 5A | Bronx | NY | 10467 |
| Opt Out | Serani | Carmela | 567 Woodbury Road | Plainview | NY | 11803 |
| Opt Out | Serani | Silvio | 567 Woodbury Road | Plainview | NY | 11803 |
| Opt Out | Shiah | Nancy | 1571 Benjamin Drive | Niagara Falls | NY | 14304 |
| Opt Out | Silver | Wendy | 72 Melanie Lane | Syosett | NY | 11791 |
| Opt Out | Sliayo | Melvin | 2700 Henry Hudson Pkwy | Bronx | NY | 10463 |
| Opt Out | Soong | Wayne | 6 Willets Ave. | Syosset | NY | 11791 |
| Opt Out | Sullivan | Vincent | 39 Split Cedar Drive | Central Islip | NY | 11722 |
| Opt Out | Susser | Matthew | 8 Circle Dr. | Syosett | NY | 11791 |
| Opt Out | Terino | John | 29 Lourae Dr. | Massapequa Park | NY | 11762 |
| Opt Out | Villella | Thomas | 266 Elmwood Avenue, Suite 151 | Buffalo | NY | 14222 |

| Decision | Last Name | First Name | Address | City | State | Zip Code |
|---|---|---|---|---|---|---|
| Opt Out | Yasko | C. Matthew | 20 Buena Vista Ave. | Queensbury | NY | 12804 |
| Opt Out | Zahini | Harel | 49 Victor Lane | Woodbury | NY | 11797 |
| | | | | | | |
| Opt Out | Abelt | Raymond | 4755 Blythin Road | Garfield Heights | OH | 44125 |
| Opt Out | Amore | Louis | 6164 Dingin Rd. | Poland | OH | 44514 |
| Opt Out | Angtuaco | Ernesto | 3635 Sugarbush Drive | Canfield | OH | 44406 |
| Opt Out | Bostic | Betty | 17614 Franklin Ave. | Lakewoods | OH | 44107 |
| Opt Out | Bravo | Ernest | 42511 Appleway | Leetonia | OH | 44431 |
| Opt Out | Farr | John | 27001 White Rd. | Willoughby Hills | OH | 44092 |
| Opt Out | Gudis | John C. | 543 E. Walnut Ave. | Painesville | OH | 44077 |
| Opt Out | Hart | John | 950 Talus Dr. | Yellow Springs | OH | 45387 |
| Opt Out | Lamb | Lloyd | 11½ E. 2nd St. | West Alexandria | OH | 45381 |
| Opt Out | Masilonis | Ann | 18432 Lake Shore Blvd., #306 | Cleveland | OH | 44119 |
| Opt Out | Prince | Pamela | 6680 Ross Road | Madison | OH | 44057 |
| Opt Out | Salim | Hamid | 6898 Bowie Rd. | Cambridge | OH | 43725 |
| Opt Out | Sindelan | Phillip | 392 Connie Ct. | Eastlake | OH | 44095 |
| Opt Out | Tackett | Sandra | 319 S. Butler St. | Germantown | OH | 45327 |
| Opt Out | Thomas | Ralph | 6152 Fireside Dr., Apt B | Centerville | OH | 45459 |
| Opt Out | Thorp | Bessie | 2476 Northview Dr. | Cortland | OH | 44410 |
| Opt Out | Weiss | Christopher | 6191 Lakeview Dr., So. | Mason | OH | 45040 |
| Opt Out | Weiss | Joseph | 6191 Lakeview Dr., So. | Mason | OH | 45040 |
| Opt Out | Wright | Eileen | 805 Firethorn Drive | Seven Hills | OH | 44131 |
| Opt Out | Zath | Luis | 10407 Biddulph Road | Brooklyn | OH | 44144 |
| Opt Out | Zierolf | Peter | P.O. Box 2085 | Dayton | OH | 45429 |
| | | | | | | |
| Opt Out | Currie | Orin R. | 106 Fleetwood Pl. | Bartlesville | OK | 74006 |
| Opt Out | Folmar | Patricia | 818 NW 16th Street | Oklahoma City | OK | 73106 |
| Opt Out | Hemingway–Masor | Lawanda | P.O. Box 1658 | Lone Grove | OK | 73443 |
| Opt Out | Schroeder | Charles | 2304 Brookdale Ave. | Edmond | OK | 73034 |
| Opt Out | Searcy | Robert | 6106 East 93rd Street | Tulsa | OK | 74137 |
| Opt Out | Sellmeyer | Frank | 2606 E. 151st South | Bixby | OK | 74008 |
| Opt Out | Sellmeyer | Jane | 2606 E. 151st South | Bixby | OK | 74008 |
| | | | | | | |
| Opt Out | Brock | James | 595 Kingwood Drive, NW | Salem | OR | 97304 |
| Opt Out | Erb | Kenneth | 525 E. 11th Ave. | Eugene | OR | 97401 |
| Opt Out | Kropitzer | Harold | 11220 NW Ridge Road | Portland | OR | 97229 |
| Opt Out | Kropitzer | Lorraine | 11220 NW Ridge Road | Portland | OR | 97229 |
| Opt Out | Russell | Allen | 1718 NE 26th Ave. | Portland | OR | 97212 |
| Opt Out | Thayer | Rebecca | 120 NW 12th | Corvallis | OR | 97330 |
| Opt Out | Wynn | Randall | 58316–065, P.O. Box 5000 | Sheridan | OR | 97378 |
| | | | | | | |
| Opt Out | Billig | Erma | 59 Titus Lane | Weatherly | PA | 18255 |
| Opt Out | Bogart | Robert | RR 2, Box 223–B | Glen Rock | PA | 17327 |
| Opt Out | Borromeo | Alexander | 118 Blue Ridge Rd. | Plymouth Meeting | PA | 19462 |
| Opt Out | Branchick | Daniel | 248 W. Broad Street | Elizabethville | PA | 17023 |
| Opt Out | Bruno | John | 1200 Chelton Ave. | Pittsburgh | PA | 15226 |
| Opt Out | Chappell | Albert | 443 Bianca Circle | Downingtown | PA | 19335 |
| Opt Out | Christiansen | Eric | 178 Foal Court | Lancaster | PA | 17602 |
| Opt Out | Corr | Eleanor | 218 Butternut Lane | Clarks Summit | PA | 18411 |
| Opt Out | De Mars | Norbert | 63 Fairfiew Ave. | Mt. Pocono | PA | 18344 |
| Opt Out | Devenney | Mary | 135 Rosewood Avenue | Washington | PA | 15301 |
| Opt Out | Faeder | Elizabeth | 1111 Pine Ridge | Bushkill | PA | 18324 |
| Opt Out | Faeder | Paul | 1111 Pine Ridge | Bushkill | PA | 18324 |
| Opt Out | Hurley | Florence | 1302 Orchard Road | Reading | PA | 19611 |
| Opt Out | Jenkins | Harold | 1334 Franklin Street | Johnstown | PA | 15905 |
| Opt Out | Keeler | Ronald | 303 E. Main Street | Everett | PA | 15537 |
| Opt Out | McGimpsey | Frank | 619 Clifford St. | Allentown | PA | 18103 |
| Opt Out | Meucci | Michael M. | 203 Pittsburgh St. | Uniontown | PA | 15401 |
| Opt Out | Mihelcic | John | 199 Main Entrance Drive | Pittsburgh | PA | 15228 |
| Opt Out | Moore | Brenda | 490 Pinewood Drive | McMurray | PA | 15317 |
| Opt Out | Moore | James | 490 Pinewood Drive | McMurray | PA | 15317 |
| Opt Out | Owen | H.R. | | Erie | PA | |
| Opt Out | Peasley | Esther | Box 65 | State College | PA | 16804 |
| Opt Out | Peasley | Naomi | 315 Rosemont Drive | State College | PA | 16801 |
| Opt Out | Peasley | Seth | 315 Rosemont Drive | State College | PA | 16801 |
| Opt Out | Rittenhouse | John | 201 N. Fourth Ave., P.O. Box 89 | Royersford | PA | 19468 |
| Opt Out | Shcwoebel | William | 21 Williams Road | Haverford | PA | 19041 |
| Opt Out | Spiegel | Seymour | 363 S. Highland Ave., Apt 903 | Pittsburgh | PA | 15206 |
| Opt Out | Veverka | Albert | 419 Longridge Dr. | Pittsburgh | PA | 15243 |
| Opt Out | Warner | Julie | 3520 Center St. | Whitehall | PA | 18052 |
| Opt Out | Warner | Larry | 3520 Center St. | Whitehall | PA | 18052 |
| Opt Out | Williams | Leslie | 798 W. Edwin St., #73 | Williamsport | PA | 17701 |
| | | | | | | |
| Opt Out | LaFountaine | Joseph | 160 Terrace Ave. | Cumberland | RI | 02864 |
| Opt Out | Poniatowski | Jean | 5 Champlin Avenue | Jerusalem | RI | 02879 |

| Decision | Last Name | First Name | Address | City | State | Zip Code |
|---|---|---|---|---|---|---|
| Opt Out | Barrett | Glen | 200 Rochester Road | Easley | SC | 29640 |
| Opt Out | Calvez | Daniel | 143 Country Lakes Road | Easley | SC | 29642 |
| Opt Out | Johnson | Elbert Lloyd | 309 Dixiana Drive | Gaston | SC | 29053 |
| Opt Out | Rubin | Debra | 1323 Old Mill Lane | Mt. Pleasant | SC | 29464 |
| Opt Out | Smith | Joe | 702 Shand Street | Clinton | SC | 29325 |
| Opt Out | Whatley | Ian | 240 Donington Drive | Greenville | SC | 29615 |
| Opt Out | Frey | Richard | P.O. Box 384 | Piedmont | SD | 57769 |
| Opt Out | Weir | Jerome | 2805 S. Williams | Sioux Falls | SD | 57105 |
| Opt Out | Ballard | Billy | 107 Fisher Drive | Greenbrier | TN | 37073 |
| Opt Out | Couta | JoAnn | 205 Mary Sharp | Decherd | TN | 37324 |
| Opt Out | Denton | Randall | 517 Kildare Dr. | Jefferson City | TN | 37760 |
| Opt Out | Rice | Robert | 1782 1st Green Drive | Memphis | TN | 38116 |
| Opt Out | Tuttle | Frank | PO Box 210972 | Nashville | TN | 37221 |
| Opt Out | Verges | Albert | 6138 New Beaver Creek Drive | Knoxville | TN | 37931 |
| Opt Out | Wolfe | Carol | 4513 S. Germantown Road | Memphis | TN | 38125 |
| Opt Out | Acheson | Sandra | P.O. Box 97 | Temple | TX | 76503 |
| Opt Out | Adams | William | 706 Shady Lane | Arlington | TX | 76013 |
| Opt Out | Buck | Glenda | 401 Blueberry Lane | Grand Prairie | TX | 75052 |
| Opt Out | Buck | Rex | 401 Blueberry Lane | Grand Prairie | TX | 75052 |
| Opt Out | Chamblee | Harrel | 3205 N. Britain Rd. | Irving | TX | 75062 |
| Opt Out | Devine | Jesse | 4121 Knightsbridge Lane | Bryan | TX | 77802 |
| Opt Out | Emmons | David | 3223 Smith St., Suite 303 | Houston | TX | 77006 |
| Opt Out | Emmons | Jonothan | 3223 Smith St., Suite 303 | Houston | TX | 77006 |
| Opt Out | Emmons | Mary | 3223 Smith St., Suite 303 | Houston | TX | 77006 |
| Opt Out | Emmons | William | 3223 Smith St., Suite 303 | Houston | TX | 77006 |
| Opt Out | Esparza | Jose | RR # 3, Box 393 | Cedar Creek | TX | 78612 |
| Opt Out | Farmer | E. Vanoy | 902 Lincoln Drive | Longview | TX | 75604 |
| Opt Out | Hagen | Dorothy | 3001 Addie Lane | Georgetown | TX | 78620 |
| Opt Out | Haynes | Frances L. | 11987 Steamboat Springs Dr. | Houston | TX | 77067 |
| Opt Out | Hernandez | Mrs. | 1928 Mirall Street | Lufkin | TX | 75901 |
| Opt Out | Heysquierdo | Anthony | 554826 Rt. 4, Box 1300 | Rosharon | TX | 77583 |
| Opt Out | Higgins | Jim | 245 St. Cloud | Friendswood | TX | 77546 |
| Opt Out | Horne | Beth | 7990 Locke Lane, # 7 | Houston | TX | 77063 |
| Opt Out | Hunsucker | Jack | 1506 Narcissus Blvd. | New Braunfels | TX | 78130 |
| Opt Out | Lacina | Helen | 1005 McLane | Victoria | TX | 77904 |
| Opt Out | Lacina | Steve | 1005 McLane | Victoria | TX | 77904 |
| Opt Out | Lynch | Betty | P.O. Box 282 | Sanger | TX | 76266 |
| Opt Out | Martinez | Jose | 3201 Edgewood Ln. | Temple | TX | 76502 |
| Opt Out | Mota | Pablo | 2020 Live Oak | San Angelo | TX | 76901 |
| Opt Out | Mutschler | Dwight | One Bay Street, P.O. Box 69 | Austwell | TX | 77950 |
| Opt Out | Pilgrim | Jeff | 15035 Westpark, # 311 | Houston | TX | 77082 |
| Opt Out | Sandefer | Linda | P.O. Box 6537 | Tyler | TX | 75711 |
| Opt Out | Sapp | Ohlen | 3740 N. Josey Lane, # 130 | Carrollton | TX | 75007 |
| Opt Out | Sapp | Teresa | 1923 E. Branch Hollow Drive | Carrollton | TX | 75007 |
| Opt Out | Saucedo | Jerry | | Houston | TX | |
| Opt Out | Shelton | Jackie | P.O. Box 968 | Quinlan | TX | 75474 |
| Opt Out | Sims | Jerrell | 2714 Emberwood Drive | Garland | TX | 75043 |
| Opt Out | Tate | Margie | 27½ Parkview Ave. | Henrietta | TX | 76365 |
| Opt Out | Williams | Chrislelar | 17310 Edgehaven | Missouri City | TX | 77489 |
| Opt Out | Williams | Demetria | 17310 Edgehaven | Missouri City | TX | 77489 |
| Opt Out | Williams | Lee B. | 17310 Edgehaven | Missouri City | TX | 77489 |
| Opt Out | Williams | Lee Robert | 17310 Edgehaven | Missouri City | TX | 77489 |
| Opt Out | Zellman | Glenn | 7500 Kirby Drive, # 1330 | Houston | TX | 77030 |
| Opt Out | Cassin | Edward | 261 Vampire Lane | Hill Air Force Base | UT | 84056 |
| Opt Out | Marsh | Pat | 5297 S. 450 W. | Ogden | UT | 84405 |
| Opt Out | Middleton | Linda | 2277 South 2700 West | Ogden | UT | 84401 |
| Opt Out | Monson | Jeff | P.O. Box 2392 | Sandy | UT | 84091 |
| Opt Out | Stevens | Don | 2783 W. 6000 SO. | Roy | UT | 84067 |
| Opt Out | Ballard | William | 4448 Blackbeard Rd. | Virginia Beach | VA | 23455 |
| Opt Out | Barbour | Consuella O. | Route 2, Box 466 | Evington | VA | 24550 |
| Opt Out | Beamon | James | 2216 Alabama Avenue | Suffolk | VA | 23434 |
| Opt Out | Blacutt | John G. | 5274 Navaho Dr. | Alexandria | VA | 22312 |
| Opt Out | Browne | Ronald L. | Rt. 1, Box 418–A | Bedford | VA | 24523 |
| Opt Out | Chupka | Michael | 3601 Stoney Ridge Road | Midlothian | VA | 23112 |
| Opt Out | Dowdy | Nancy | 104 Hamption Court | Blacksburg | VA | 24060 |
| Opt Out | Fluellyn | Bobby | 36 Hillcrest Ave. | Martinsville | VA | 24112 |
| Opt Out | Frank | Margot | 2182 Woodcrest Dr | Lynchburg | VA | 24503 |
| Opt Out | Mickolus | Edward | 2305 Sandburg St | Dunn Loring | VA | 22027 |
| Opt Out | Pendergrass | James | 1800 S. Cleveland Street | Arlington | VA | 22204 |
| Opt Out | Plotnick | Barry | 1561 Dairy Road | Charlottesville | VA | 22903 |
| Opt Out | Plotnick | Virginia | 1561 Dairy Road | Charlottesville | VA | 22903 |

| Decision | Last Name | First Name | Address | City | State | Zip Code |
|---|---|---|---|---|---|---|
| Opt Out | Sheats | Dorothy | 414 Lingstrom Lane | Richmond | VA | 23225 |
| Opt Out | Sheats | Jenifer | 414 Lingstrom Lane | Richmond | VA | 23225 |
| Opt Out | Sheats | William | 414 Lingstrom Lane | Richmond | VA | 23225 |
| Opt Out | Vasta | Alfio | 612 Abbey Dr. | Virginia Beach | VA | 23455 |
| Opt Out | Brandt | Roy | 12606 Cherokee Drive, P.O. Box 39 | Newman | WA | 99025 |
| Opt Out | Kiehn | James | E. 823 Sitka # 102 | Spokane | WA | 99208 |
| Opt Out | Pilawski | Gary | 12449 NE 162nd Street | Woodinville | WA | 98072 |
| Opt Out | Pilawski | Kristin, | 12449 NE 162nd Street | Woodinville | WA | 98072 |
| Opt Out | Pilawski | Susan | 12449 NE 162nd Street | Woodinville | WA | 98072 |
| Opt Out | Shivers | Louise | Apt. 305, 940 N. 163rd Street | Seattle | WA | 98133 |
| Opt Out | Whisman | Franklin | 330 SW Sunset Blvd., Apt. # 8 | Renton | WA | 98055 |
| Opt Out | Wollett | Fritz | 5815 17th Avenue, NE | Seattle | WA | 98105 |
| Opt Out | Brummer | Charles | 4301 Canvasback Lane | Wausau | WI | 54401 |
| Opt Out | Conti | Peter | 2028 S. 36th St. | Milwaukee | WI | 53215 |
| Opt Out | Cooper | Charles | 2045 Hawthorne Drive | Elm Grove | WI | 53122 |
| Opt Out | Eidsor | Dennis | 9101 129th Ave. | Kenosha | WI | 53143 |
| Opt Out | Lehran | Sue | N315 Hwy 163 | Denmark | WI | 54208 |
| Opt Out | Lucente | John | Box 236, 410 Fifth St | Independence | WI | 54747 |
| Opt Out | Maertz | William | 6585 South Crane Drive | Oak Creek | WI | 53154 |
| Opt Out | Meyer | Benjamin | 5740 Pembroke Drive | Madison | WI | 53711 |
| Opt Out | Peasley | Louis C. | 6702 Crocus Ct., # 1 | Greendale | WI | 53129 |
| Opt Out | Rooney | James F. | 1500 Michigan Blvd.. | Racine | WI | 53402 |
| Opt Out | Rymaszewski | Jeffrey | 513 Brookdale Ct.. | South Milwaukee | WI | 53172 |
| Opt Out | Rymaszewski | Margaret | 513 Brookdale Ct | South Milwaukee | WI | 53172 |
| Opt Out | Sanders | Bonita | W222 N2838 Foxwood Lane | Waukesha | WI | 53186 |
| Opt Out | Sanders | Dennis | W222 N2838 Foxwood Lane | Waukesha | WI | 53186 |
| Opt Out | Van Hierden | Paul | 5300 W. Fond Du Lac Avenue | Milwaukee | WI | 53216 |
| Opt Out | Huber | Jane | 304 Shelley Dr. | Racine | WI | 53405 |
| Opt Out | Crowder | Mary | 197 Lovell Drive, Apt. A | Charleston | WV | 25302 |
| Opt Out | Crowder | Ross | General Delivery | Cannelton | WV | 25036 |
| Opt Out | Darby | Kay | 109 Carney Dr. | Millwood | WV | 25262 |
| Opt Out | Maxwell | Linda | 1526B Lewis Street | Charleston | WV | 25311 |
| Opt Out | Simmons | Kathy | P.O. Box 40 | Kenna | WV | 25248 |

Count of Decision: 611

---

## FINAL JUDGMENT AND CONSENT DECREE

The States of New York, Alabama, Alaska, Arizona, Arkansas, California, Colorado, Connecticut, Delaware, Florida, Georgia, Hawaii, Idaho, Illinois, Indiana, Iowa, Kansas, Kentucky, Louisiana, Maine, Maryland, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Montana, Nebraska, Nevada, New Hampshire, New Jersey, New Mexico, North Carolina, North Dakota, Ohio, Oklahoma, Oregon, Pennsylvania, Rhode Island, South Carolina, South Dakota, Tennessee, Texas, Utah, Vermont, Virginia, Washington, West Virginia, Wisconsin, Wyoming, the District of Columbia, the Commonwealth of Puerto Rico and the United States Virgin Islands ("Plaintiff States" or "Plaintiffs" or "States") have filed a Complaint for damages and injunctive relief on their own behalf and as *parens patriae* on behalf of natural person citizens residing in the Plaintiff States who pur-

chased Reebok Products, as defined in the Complaint herein, during the period of the alleged conspiracy, against the Defendant Reebok International Ltd. and The Rockport Company (collectively "Defendant") alleging violations of federal and state antitrust laws. Defendant denies the allegations stated therein.

Plaintiffs and Defendant desire to resolve any and all disputes arising from the Complaint. These parties have entered into a Settlement Agreement which has been filed with the Court and is incorporated by reference herein. In full and final settlement of the claims set forth in the Complaint, Defendant has agreed to pay compensatory damages and administration costs as set forth in the Settlement Agreement executed on April 25, 1995 (the "Settlement Agreement"). Defendant has also agreed to entry of this Final Judgment and Consent Decree. Plaintiffs have agreed to execute Releases of their

claims against Defendant and to release the claims of natural persons residing in the States who have not excluded their claims, in accordance with the terms of the Settlement Agreement.

Notice of the Settlement was given pursuant to Court order in accordance with 15 U.S.C. § 15c and the requirements of due process. The Notice was the best notice practicable under the circumstances.

An opportunity to be heard was given to all persons requesting to be heard in accordance with this Court's orders. The Court reviewed the terms of the Settlement, the submissions of the parties in support of it, and the comments received in response to the notice. After a hearing held on October 13, 1995, the Court approved the Settlement Agreement on 10/20/95, and determined it to be in all respects fair, reasonable and adequate. Said Order, which expressly excludes from the Settlement those natural person citizens who elected to opt-out of the Settlement, was entered on 10/20/95.

NOW, THEREFORE, without trial or adjudication of any issue of law or fact, before the taking of any testimony at trial, without the admission of liability or wrongdoing by Defendant and upon the consent of the parties hereto,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

## I

### JURISDICTION

The Court has jurisdiction over the subject matter of this action and the parties hereto. The Complaint raises claims against Defendant under Section 1 of the Sherman Act (15 U.S.C. § 1), Section 4 of the Clayton Act (15 U.S.C. § 15), Section 4C of the Clayton Act (15 U.S.C. § 15c), and Section 16 of the Clayton Act (15 U.S.C. § 26). Jurisdiction lies in this Court pursuant to 28 U.S.C. § 15. The Complaint also raises pendent state claims for equitable and other relief.

## II

### DEFINITIONS

As used in this Final Judgment and Consent Decree:

a. "Dealer" means any person, corporation or firm not owned by Reebok that in the course of its business sells Reebok Products in or into the United States of America;

b. "Defendant" or "Reebok" means Reebok International Ltd. and its affiliates, parents, subsidiaries, divisions and other organizational units of any kind, including The Rockport Company, that sold Reebok and Rockport Products as defined herein, their successors and assigns and their present and former officers, directors, employees, agents, representatives and other persons acting on their behalf;

c. "Reebok Products" means all Reebok and Rockport brand footwear products offered for sale to consumers located in the Plaintiff States or to Dealers.

e. "Plaintiffs" or "Plaintiff States" means the State of New York and any other State, the District of Columbia, Puerto Rico and the United States Virgin Islands which opt to enter into the Settlement Agreement as provided in Section IX thereof, in their sovereign capacity and as *parens patriae* on behalf of all natural person citizens of such Plaintiff States who have purchased Reebok Products during the period of the alleged conspiracy (January 1, 1990 to and including December 31, 1994);

f. "Resale Price" means any price, price floor, price ceiling, price range, or any markup formula, or margin of profit used by any Dealer for pricing any Reebok Products. Such term includes, but is not limited to, any suggested, established or customary resale price, as well as the retail price advertised, promoted or offered for sale by any Dealer.

## III

### APPLICABILITY

This Final Judgment and Consent Decree shall apply to the parties to this lawsuit.

## IV

### INJUNCTION

A. For a period of five (5) years from the date this Final Judgment and Consent De-

cree is entered, Reebok will not enter into any contract, combination, conspiracy, agreement or arrangement with any Dealer to fix, lower, raise, peg, maintain or stabilize the Retail Prices at which Reebok Products are advertised and sold to end-user consumers.

B. For a period of five (5) years from the date this Final Judgment and Consent Decree is entered, Reebok will not terminate, suspend or fail to fill orders of any Dealer of Reebok Products or reduce the supply of or discriminate in delivery, credit or other terms provided to any Dealer of Reebok Products in order to secure or attempt to secure any commitment or assurance from any Dealer, or to coerce said Dealer, to adhere to any of Reebok's suggested retail pricing policies for Reebok Products. Notwithstanding the foregoing, Reebok retains the right to terminate unilaterally any Dealer for lawful business reasons that are not inconsistent with this or any other paragraph of this Final Judgment and Consent Decree.

C. Within thirty (30) days after the date the Final Judgment and Consent Decree is entered, Reebok will send the letter affixed as Attachment B to the Settlement Agreement to all of its then current Dealers of Reebok Products.

D. For a period of five (5) years from the date this Judgment is entered, Reebok shall notify its Dealers of Reebok Products that it is their right to determine independently the prices at which they will advertise and sell Reebok Products to end-user consumers. Reebok shall provide this notice by affixing a notice of disclosure (the "Disclosure") to every list of suggested retail prices and minimum advertised prices for any Reebok Products printed subsequent to the date of entry of this Judgment and provided to Dealers. The Disclosure shall clearly and conspicuously state the following on any list, advertising, book catalogue or promotional material for Reebok Products where Defendant has suggested any Resale Price to any Dealer:

ALTHOUGH [REEBOK INTERNATIONAL LTD.] or [THE ROCKPORT COMPANY] MAY SUGGEST RESALE PRICES FOR PRODUCTS, RETAILERS ARE FREE TO DETERMINE ON THEIR OWN THE PRICES AT WHICH THEY WILL ADVERTISE AND SELL [REEBOK] OR [ROCKPORT] PRODUCTS.

E. This Final Judgment and Consent Decree shall not be construed in any way to limit the right of Reebok to preannounce or suggest to its Dealers or distributors retail prices for Reebok Products and to unilaterally refuse to deal with those who fail to comply or to engage in any other behavior that is otherwise permitted by federal and state antitrust laws. Accordingly, if a cooperative advertising program established and maintained by Reebok does not violate federal or state antitrust laws, it will not constitute a violation of the injunctive provisions herein.

F. The Plaintiff States, and all natural person citizens residing in those States who purchased Reebok Products during the period January 1, 1990—December 31, 1994 (except citizens who have timely and properly requested exclusion) are permanently barred and enjoined from prosecuting against Reebok, Rockport, their affiliates, parents, subsidiaries, divisions and other organizational units of any kind, and their present and former directors, officers, employees, agents, representatives and other persons acting on their behalf, successors and assigns, and against the John Doe defendants or any other Dealer not named as a defendant, any of the claims foreclosed or released in accordance with the Settlement Agreement, including any claim regarding the conduct alleged in the complaint.

V

*COMPLIANCE*

For purposes of determining and securing compliance with this Final Judgment and Consent Decree, duly authorized representatives of the Plaintiff States shall be permitted upon thirty (30) days prior written notice:

a. Reasonable access during normal office hours to any and all relevant and non-privileged records and documents in the possession, custody, or control of Defendant which relate to any of the matters contained herein or in the Settlement Agreement.

b. Subject to the reasonable convenience of Defendant to conduct interviews of any of the directors, officers, employees, agents, and any other persons acting on their behalf, each of whom may have counsel present, relating to any non-privileged matter contained herein or in the Settlement Agreement.

c. Defendant retains the right to object to any request under paragraphs (a) or (b) above within ten (10) days after its receipt on the grounds that the request is not reasonable, or not relevant to the matters contained herein or in the Settlement Agreement, or otherwise is not in accordance with law. Any such objection shall be directed to this Court for a ruling, with service by mail of the objection upon the State of New York.

d. The violation of any of the terms of Paragraph IV(A) of this Final Judgment and Consent Decree shall constitute a violation of federal and state antitrust laws for which civil remedies may be sought by the New York State Attorney General or the Attorney General of the State in which the violation occurred pursuant to 15 U.S.C. §§ 1, 15, 15c and 26 and relevant state antitrust law upon application to this Court.

e. If the Attorney General of any Plaintiff State determines that Defendant has violated the terms of Section IV of this Final Judgment and Consent Decree, he shall give Defendant written notice of the violation and Defendant shall have fifteen (15) working days to respond in writing. If the State is not satisfied with Defendant's response, it shall notify Defendant in writing and Defendant shall have fifteen (15) working days to cure such non-compliance. If after such time Defendant has not cured the violation to the State's satisfaction, the State may seek penalties for contempt for violation of any paragraph of this Final Judgment and Consent Decree and with respect to alleged violations of Section IV(A) may seek the civil remedies referred to in Section V(d).

## VI

### JURISDICTION RETAINED

Without affecting the finality of this Final Judgment, jurisdiction shall be retained by this Court for the purpose of enabling any party hereto to apply for such further orders and directions as may be necessary or appropriate for the construction or enforcement of this Final Judgment and Consent Decree, the ruling upon any objection made pursuant to Section V, the modification of any of the provisions hereto to the extent such modification is permitted, and the remedy of a violation of any of the provisions contained herein. This Court shall have the authority to specifically enforce the provisions of this Final Judgment and Consent Decree.

## VII

On the fifth anniversary date of this Final Judgment and Consent Decree, said Final Judgment and Consent Decree shall automatically terminate without any action by either party or the Court.

So ordered.